

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Bobby Jay Kennedy, Appellant

No. 06-15-00155-CR          v.

The State of Texas, Appellee

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 2012 F 0232). Opinion delivered by *Justice Carter, Chief Justice Morriss and Justice Moseley, participating. *Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Bobby Jay Kennedy, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 27, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk